IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

PEARLIE ANN LIVINGSTON                                                              PLAINTIFF

VS.                               CASE NO. 1:12-CV-1054

CENTRAL ARKANSAS
DEVELOPMENT COUNCIL                                                              DEFENDANT

## JUDGMENT

Before the Court is a Motion for Summary Judgment filed on behalf of Defendant Central Arkansas Development Council. (ECF No. 13). Plaintiff has filed a response (ECF No. 20), and Defendant has filed a reply. (ECF No. 23). The Court finds this matter ripe for consideration.

For the reasons stated in the Memorandum Opinion of even date, the Court finds that summary judgment in favor of CADC is appropriate as to Plaintiff's age, race, and disability discrimination claims and retaliation claims. Accordingly, the Motion for Summary Judgment (ECF No. 13) should be and hereby is **GRANTED**. Plaintiff's Complaint is hereby **DISMISSED**.[1]

IT IS SO ORDERED, on this 8th day of May, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

---

[1] Plaintiff's Title VII race discrimination claim is dismissed without prejudice. Plaintiff's ACRA race discrimination claim is dismissed with prejudice. Plaintiff's age discrimination claim is dismissed with prejudice. Plaintiff's disability discrimination claim is dismissed without prejudice.